PC SCAN
1:21-CV-00560

Case: 1:21-cv-00560 Document #: 3 Filed: 02/01/21 Page 1 of 4 PageID #:60

FILED
2/1/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AJS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Yarii A. Massey Jr.
(full name of plaintiff or petitioner)

vs.

Marcus Hardy, Quentin Tannet,
E. Aguinald, David Gomez
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)**

Case number: _____

JUDGE FEINERMAN
MAGISTRATE JUDGE HARJANI
PC3

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

☑ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
☑ to request an attorney

1. **Are you in custody?** ☑ Yes ___ No
   ID # R-72867   Name of jail or prison: Stateville C.C.
   Do you receive any payment from this institution? ☑ Yes ___ No
   If "Yes," how much per month? $ 15.00

2. **Other sources of income / money:** For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts: | $ around $50.00 |
   | Deposits by others into your jail or prison account: | $ around $450.00 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments: | $ 0 |
   | Any other source of money: | $ None |

3. <u>Cash and bank accounts</u>: Do you have any money in cash or in a checking or savings account? ✓ Yes ___ No  If yes, how much? _around $2,500_

4. <u>Other assets</u>: Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ___ Yes ✓ No

   If yes, list each item of property and state its approximate value:
   _none_

5. <u>Dependents</u>: Is anyone dependent on you for support? ___ Yes ✓ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _None_

6. <u>Debts and financial obligations</u>: List any amounts you owe to others:
   _None_

<u>Declaration</u>: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 1/12/21

Applicant's signature

Yarii A. Massey Jr.
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

CERTIFICATE (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named above, _Yarii Massey_, ID # _R72867_, has the sum of $ _1552.31_ on account to his/her credit at _Stateville CC_ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _461.40_. (Add all deposits from all sources and then divide by the number of months.)

Date: 1-7-21

Signature of authorized officer

Jennifer McComb
Printed name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 1/7/2021 | | | Stateville Correctional Center | | | | Page 1
Time: 10:42am | | | Trust Fund | | | |
d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 07/07/2020 thru End;  Inmate: R72867;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R72867 Massey, Yarii A.**  **Housing Unit: STA-E -09-25**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 202.01 |
| 07/07/20 | Mail Room | 16 GTL | 189200 | 829027873687916675 | Ruffin, David L. | 30.00 | 232.01 |
| 07/08/20 | Mail Room | 10 Western Union | 190200 | 0342107207 | Elder, Norel | 200.00 | 432.01 |
| 07/09/20 | Payroll | 20 Payroll Adjustment | 1911322 | | P/R month of 6 2020 | 6.46 | 438.47 |
| 07/10/20 | Mail Room | 15 JPAY | 192200 | 118847703 | Mathena, Jessica | 50.00 | 488.47 |
| 07/12/20 | Mail Room | 15 JPAY | 194200 | 118940854 | Mathena, Jessica | 100.00 | 588.47 |
| 07/13/20 | Disbursements | 80 Postage | 1953322 | Chk #217290 | jk009918, Pitney Bow, Inv. Date: 06/22/2020 | -.50 | 587.97 |
| 07/29/20 | Point of Sale | 60 Commissary | 2117228 | 962242 | Commissary | -108.48 | 479.49 |
| 08/03/20 | Mail Room | 16 GTL | 216200 | 833213873850155965 | Howery, Tyechia | 50.00 | 529.49 |
| 08/06/20 | Mail Room | 15 JPAY | 219200 | 120051397 | Monok, Sharon | 50.00 | 579.49 |
| 08/14/20 | Payroll | 20 Payroll Adjustment | 2271263 | | P/R month of 7 2020 | 10.00 | 589.49 |
| 08/22/20 | Mail Room | 10 Western Union | 235200 | 0452526994 | Gonzalez, Isidro | 25.00 | 614.49 |
| 08/26/20 | Mail Room | 10 Western Union | 239200 | 1934408461 | Smith, Yonakie | 50.00 | 664.49 |
| 09/01/20 | Disbursements | 84 Library | 2453322 | Chk #218364 | jk013564, DOC: 523 F, Inv. Date: 08/07/2020 | -.20 | 664.29 |
| 09/04/20 | Mail Room | 15 JPAY | 248200 | 121221411 | Monok, Sharon | 50.00 | 714.29 |
| 09/09/20 | Disbursements | 80 Postage | 2533147 | Chk #218413 | jk0147316, Pitney Bo, Inv. Date: 09/02/2020 | -.50 | 713.79 |
| 09/10/20 | Point of Sale | 60 Commissary | 2547324 | 964700 | Commissary | -196.26 | 517.53 |
| 09/15/20 | Mail Room | 16 GTL | 259200 | 839410050780523036 | Wicks, Antonio | 75.00 | 592.53 |
| 09/15/20 | Payroll | 20 Payroll Adjustment | 2591263 | | P/R month of 8 2020 | 10.00 | 602.53 |
| 09/30/20 | Point of Sale | 60 Commissary | 2747240 | 967530 | Commissary | -70.38 | 532.15 |
| 10/07/20 | Disbursements | 88 Miscellaneous Payables | 2813300 | Chk #218987 | jk148903, CEFCU, Inv. Date: 10/07/2020 | -500.00 | 32.15 |
| 10/14/20 | Mail Room | 15 JPAY | 288200 | 122817420 | Brannon, Katrina | 50.00 | 82.15 |
| 10/14/20 | Mail Room | 16 GTL | 288200 | 843528814561854390 | Sanders, Leslie | 50.00 | 132.15 |
| 10/14/20 | Disbursements | 80 Postage | 2883322 | Chk #219199 | jk148933, Pitney Bow, Inv. Date: 10/07/2020 | -.50 | 131.65 |
| 10/15/20 | Mail Room | 15 JPAY | 289200 | 122846085 | Morris, Tihana | 50.00 | 181.65 |
| 10/15/20 | Payroll | 20 Payroll Adjustment | 2891263 | | P/R month of 9 2020 | 10.68 | 192.33 |
| 10/19/20 | Mail Room | 15 JPAY | 293200 | 123006901 | Golden, Jerry | 100.00 | 292.33 |
| 10/20/20 | Mail Room | 16 GTL | 294200 | 844341757076361354 | Beltran, Catherine | 50.00 | 342.33 |
| 10/22/20 | Disbursements | 80 Postage | 2963322 | Chk #219434 | jk149831, Pitney Bow, Inv. Date: 10/19/2020 | -1.00 | 341.33 |
| 10/23/20 | Mail Room | 15 JPAY | 297200 | 123156910 | Williams, Debbie | 50.00 | 391.33 |
| 10/23/20 | Point of Sale | 60 Commissary | 2977316 | 969023 | Commissary | -134.10 | 257.23 |
| 10/25/20 | Mail Room | 15 JPAY | 299200 | 123219521 | Bueno, Sarah | 20.00 | 277.23 |
| 10/28/20 | Mail Room | 16 GTL | 302200 | 845520472224564150 | Ortega, Carlos | 20.00 | 297.23 |
| 10/29/20 | Mail Room | 15 JPAY | 303200 | 123355096 | Brown, Tasha | 50.00 | 347.23 |
| 11/01/20 | Mail Room | 10 Western Union | 306200 | 3237404614 | Waller, Tarketha | 50.00 | 397.23 |
| 11/01/20 | Mail Room | 15 JPAY | 306200 | 123472242 | Brannon, Katrina | 100.00 | 497.23 |
| 11/07/20 | Mail Room | 10 Western Union | 312200 | 2480386926 | Fox, Dorthea | 20.00 | 517.23 |
| 11/07/20 | Mail Room | 15 JPAY | 312200 | 123777334 | Spraggins, Damien | 50.00 | 567.23 |
| 11/07/20 | Mail Room | 15 JPAY | 312200 | 123775355 | Hall, Jermaine | 50.00 | 617.23 |
| 11/07/20 | Mail Room | 15 JPAY | 312200 | 123772582 | Monok, Sharon | 45.00 | 662.23 |
| 11/10/20 | Mail Room | 10 Western Union | 315200 | 4916192771 | Ford, Brenda | 50.00 | 712.23 |
| 11/13/20 | Disbursements | 80 Postage | 3183300 | Chk #219695 | jk150910, Pitney Bow, Inv. Date: 10/29/2020 | -.50 | 711.73 |
| 11/13/20 | Payroll | 20 Payroll Adjustment | 3181263 | | P/R month of 102020 | 11.25 | 722.98 |
| 11/17/20 | Mail Room | 15 JPAY | 322200 | 124162883 | Temple, Dawn | 30.00 | 752.98 |
| 11/17/20 | Mail Room | 16 GTL | 322200 | 848988624313700490 | Flowers, Aniya | 50.00 | 802.98 |
| 11/18/20 | Mail Room | 16 GTL | 323200 | 848988041820505021 | Robinson, Marshall | 40.00 | 842.98 |

Page 1

276830

Date: 1/7/2021  Case: 1:21-cv-00560 Document #: 3 Filed: 02/01/21 Page 4 of 4 PageID #:63
Time: 10:42am
d_list_inmate_trans_statement_composite

Stateville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 07/07/2020 thru End;    Inmate: R72867;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R72867 Massey, Yarii A.**    **Housing Unit: STA-E -09-25**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/19/20 | Mail Room | 15 JPAY | 324200 | 124217076 | Morris, Tihana | 20.00 | 862.98 |
| 11/19/20 | Point of Sale | 60 Commissary | 3247326 | 971220 | Commissary | -231.76 | 631.22 |
| 11/19/20 | Point of Sale | 60 Commissary | 3247326 | 971223 | Commissary | -3.03 | 628.19 |
| 11/25/20 | Mail Room | 10 Western Union | 330200 | 1818203957 | Golden, Tyrone | 100.00 | 728.19 |
| 11/25/20 | Mail Room | 15 JPAY | 330200 | 124434259 | Spraggs, Candy | 50.00 | 778.19 |
| 11/26/20 | Mail Room | 16 GTL | 331200 | 8495714865659782431 | Pointe, Andre | 25.00 | 803.19 |
| 11/28/20 | Mail Room | 16 GTL | 333200 | 8502832361210652001 | Beltran, Catherine | 50.00 | 853.19 |
| 12/01/20 | Mail Room | 01 MO/Checks (Not Held) | 3362300 | | Offender Stipend | 5.00 | 858.19 |
| 12/04/20 | Mail Room | 15 JPAY | 339200 | 124782230 | Monok, Sharon | 50.00 | 908.19 |
| 12/05/20 | Mail Room | 15 JPAY | 340200 | 124856137 | Monok, Sharon | 50.00 | 958.19 |
| 12/15/20 | Payroll | 20 Payroll Adjustment | 3501263 | | P/R month of 112020 | 15.00 | 973.19 |
| 12/17/20 | Mail Room | 10 Western Union | 352200 | 7836243921 | Thomas, Twilla | 150.00 | 1,123.19 |
| 12/19/20 | Mail Room | 10 Western Union | 354200 | 1656438338 | Wright, Theresa M | 100.00 | 1,223.19 |
| 12/19/20 | Mail Room | 15 JPAY | 354200 | 125425012 | Cox, Jennell | 100.00 | 1,323.19 |
| 12/21/20 | Mail Room | 15 JPAY | 356200 | 125483146 | Brannon, Katrina | 150.00 | 1,473.19 |
| 12/24/20 | Point of Sale | 60 Commissary | 3597333 | 973902 | Commissary | -170.38 | 1,302.81 |
| 12/28/20 | Mail Room | 15 JPAY | 363200 | 125693259 | Temple, Dawn | 100.00 | 1,402.81 |
| 01/02/21 | Mail Room | 10 Western Union | 002200 | 4250118993 | Waller, Tarketha | 100.00 | 1,502.81 |
| 01/03/21 | Mail Room | 15 JPAY | 003200 | 125994439 | Monok, Sharon | 50.00 | 1,552.81 |

|  |  |
|---|---:|
| **Total Inmate Funds:** | 1,552.81 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .50 |
| **Funds Available:** | 1,552.31 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/23/2020 | JK154268 | Disb | Postage | 15806 Pitney Bowes Bank Inc | $0.50 |
| | | | | **Total Restrictions:** | $0.50 |