Dear, Clerk's office

Hi, I Yasii Ameer Massey Jr. write today to send in my filing Fee in Massey v. Hardy et al case No. 21-cv-560. I am sending the full $400.00 Dollars Filing Fee.

Thank you.

**FILED**

MAR 02 2021 TL

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

/s/ Yasii A. Massey Jr.

Ytril A. Massey Jr.
RM 867
Stateville C.C.
P.O.Box 112
Joliet, IL. 60434

United States District Court Northern
District of Illinois Clerk's office
219 South Dearborn Street 20th Floor
Chicago, IL. 60604

03/02/2021-8