**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| YARII A. MASSEY, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | No. 21 C 560 |
| | ) | |
| v. | ) | Honorable Feinerman |
| | ) | Judge Presiding |
| QUENTIN TANNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DAVID GOMEZ'S ANSWER**
**TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, David Gomez, by and through his attorney Kwame Raoul, Attorney General

of the State of Illinois, and for his Answer to Plaintiff's Amended Complaint (ECF No. 12) states

the following:

**Statement of Claim**

1. Since December 14, 16, Plaintiff Yarii A. Massey, Jr. (hereafter "Massey") has
been incarcerated at Stateville C.C.

**ANSWER: Admitted.**

2. On December of 2019[1], prior to and present day, Massey has and is living in grim
and unconstitutional living conditions; that include but not limited to:  1) Cockroach infestation,
2) Mold in cells, communal showers, inter alia, 3) Dust mites, spiders and other pests in cells, 4)
Dilapidated plumbing in cells, 5) Bird feces within cells and throughout "cell-house" and birds
living (numerous) in the "cell-house", 6) No cleaning tools are provided to clean the cells, e.g.
mop, broom, etc., 7) substandard heating, cooling and ventilation due to non-functioning or/and
dilapidated windows, 8) Dining and food preparation area is saturated with cockroaches, birds
and pests and food is prepared and served in hazardous conditions.

**ANSWER: Defendant admits that Massey has been housed for approximately two years in**
**"E-House" and Cell #925. Defendant denies all remaining allegations.**

**COCKROACHES**

---

[1] Regarding the issues complained of herein, Massey was generally in one cell and cellhouse E-925.

3.      In "E-House" and Cell #925, where Massey is and has been housed for approximately two years he is expose to an egregious infestation of cockroaches. Cockroaches run rampant throughout the entire day, insofar as they are visible and travel around the cell as though it is their home – it is.  In 24 hour periods – daily.  Massey destroys approximately 20 cockroaches each day, to no avail.

**ANSWER: Defendant admits that Massey has been housed for approximately two years in "E-House" and Cell #925. Defendant denies all remaining allegations.**

4.      The cockroaches invade Massey's, drinking cup, food, clothing, shoes, bed, inter alia.  Additionally, while Massey sleeps or rests cockroaches invade his bed where at while Massey is sleep cockroaches crawl inside his nose, mouth and ears and cover him while he sleeps.

**ANSWER: Denied.**

5.      Consequently, Massey continued to experience irritation, pains, etc. within his ear.  In short, Massey was treated for the same, where medical personnel extracted roaches from Massey's right ear.  And as a result, Massey is with a significant injury – disability – he has lost hearing in his right ear.  (See Ex. A, the physical dangers of cockroaches, attached hereto)

**ANSWER: Defendant lacks sufficient knowledge to form a belief as to the truth of whether (1) Massey "continued to experience irritation, pains, etc. within his ear" (2) Massey is with a significant injury – disability – he has lost hearing in his right ear; and (3) medical personnel extracted roaches from Massey's right ear. Defendant denies all remaining allegations.**

## DUST MITES/INSECTS

6.      Dust mites, spiders, inter alia, are saturated around Massey's cell.  The spiders leave multiple webs with other insects attached; trapped within.  The dust mites are – in large numbers – inside Massey's pillow, sleeping mate, clothing, etc.  As a result and daily these dust mites cause Massey to continuously sneeze, cough, etc. worsening said effects is the lack of ventilation and high temperatures.  Dust mites are a major cause and can cause Massey to contract asthma, and allergies.  (See Ex. B, the physical dangers of dust mites, attached hereto)

**ANSWER: Denied.**

## CELL SANITATION

7.      Massey's cell is inundated with dust and dirt.  The toilet is filled with residue of feces and urine, etc.  The floors are filthy – covered with dirt, to the extent, the floor is without its natural color.  The sink is polluted filthy residue i.e., polluted with filthy residue, because, notwithstanding Massey's numerous request for cleaning supplies, toilet brush – or the like – gloves, mop, broom, towels, or toxins, Massey is refused the same, to the day of this writing.

**ANSWER: Denied.**

## BIRD INFESTATION

2

8.      Massey – literally –lives with birds, in that the "cell-house" is heavily populated with birds and bird nests.  Bird's fly throughout the entire "cell-house" "chirping" starting at about 2 a.m., 24 hours each day.  The birds spew feces around the cell-house.  More egregious and hazardous to Massey's health is that the birds enter – daily – into Massey's unobstructed cell, dropping/spewing feces about, on Massey's bed, clothing, dishware, etc.  These birds and their feces place Massey at risk for serious diseases.  (See Ex. C, the physical dangers of birds and bird feces, attached hereto.)

**ANSWER: Denied.**

## PLUMBING

9.      The plumbing is dilapidated; the cold water in hot weather has malfunctioned for days at a time, and the hot water during cold weather is same.  The toilet is dysfunctional, in that the toilet is with standing feces/urine for three or more days at a time, despite requests for the same to be repaired.

**ANSWER: Denied.**

## COLD TEMPERATURES

10.      In his cell during winter months, Massey is exposed to frigid temperatures – conditions as low as 54◦ for days at a time, in main part, because the windows in the cellhouse are either:  1) broken, cracked, unsealed, unclosable, inter alia (See Ex. D, photographs of the cellhouse broken, etc. windows – at Stateville CC) Massey much of the time wears a hat and coat to bed, two pairs of socks, etc. And can see the air from his breathe.

**ANSWER: Defendant lacks sufficient knowledge to form a belief as to whether "Massey much of the time wears a hat and coat to bed, two pairs of socks, etc. And can see the air from his breathe [sic]." Defendant denies all remaining allegations.**

## HOT TEMPERATURES

11.      In his cell during summer months, Massey is exposed to heat reaching on average 80◦ to 90◦ temperatures; the heat is so debilitating that Massey only wears – literally – his boxing shorts; (underwear) to prevent injury, e.g., heat exhaustion, inter alia.  Massey is not provided any sufficient tools to combat the heat; e.g. sufficient ice, showers, or substantial fans.  Though one large fan is employed to circulate the air, but the blades are with "caked on" mold, dust, bird feces, which spew these particles into the air causing Massey respiratory problems, i.e., make it difficult for Massey to breathe, sleep, or eat.  (Id. at Ex. D)

**ANSWER: Defendant lacks sufficient knowledge to form a belief as to whether "Massey only wears – literally – his boxing shorts." Defendant denies all remaining allegations.**

## MOLD/SHOWERS

12.     The communal showers are saturated with mold, feces, urine, cockroaches, garbage and filth.  The smell is unbearable, the walls are deteriorating, to the extent one of the shower ceiling gave in – or – away severely injuring an inmate.  The shower is devoid of any type of ventilation; or any type of cooling system.  The mold is so large in amount that it is painted on the wall.  The one ventilation fan is inoperable, and caked with dust, insects, dirt, mold, inter alia.  The shower in the summer months is/are so hot that after showering and during the same, Massey sweats heavily.  (See Ex. E, photographs of the dilapidated showers) at Stateville CC) (See also Ex. G dangers or had to Massey)

**ANSWER: Defendant lacks sufficient knowledge to form a belief as to whether the photographs attached as Exhibit E to the Amended Complaint are true and accurate photographs of any showers at Stateville Correctional Center. All remaining allegations are denied.**

## DIETARY/FOOD

13.     Food trays are often filthy containing food particles from prior use.  Often trays are with bird feces/droppings from birds that freely fly around in the dining area, while Massey eats.  Food preparers often work without gloves or hair nets, in food preparation areas.  The entire kitchen/dietary is strewn with cockroaches – dead or alive.  Food which is to be served at hot temperatures are served cold, vice versa, exposing Massey to all types of food for the illnesses.  Massey of often feels sick after eating.  Often Massey's food is with bugs/insects of some origin.  (See Ex. F, Photographs of broken kitchen windows at Stateville CC) (See also Ex. 14, Food Service and Sanitation, and Safety of the IDOC)

**ANSWER: Defendant lacks knowledge sufficient to form a belief as to the truth of whether "Massey often feels sick after eating." All remaining allegations are denied.**

14.     During summer temperatures, the kitchen, per se, reaches temperatures of up to 100∘.  The "kitchen" (where inmates eat) is without any reasonable cooling device.  While Massey eats, he sweats much, to the degree his shirt, etc. is saturated with sweat.  During winter temperatures, the kitchen – i.e., temperatures go as low as 56∘.  These temperatures are unfit to eat in.  And more it is difficult to eat with these inhumane temps.  In large part, broken windows, etc. is the primary cause for these problems.  (See Ex. F, Photographs of broken kitchen windows)

**ANSWER: Defendant lacks knowledge sufficient to form a belief as to the truth of whether "While Massey eats, he sweats much, to the degree his shirt, etc. is saturated with sweat." All remaining allegations are denied.**

15.     Defendant Tanner is/has failed to comply with Illinois Dept. Public Health Food Service and Sanitation Rules and Regulations.  77 Ill. Adm. Code 750; 735 ILCS 5/3 – 2 – 2 and 410 ILCS 620/1 et seq.

**ANSWER: Denied.**

4

**DEFENDANTS PERSONAL KNOWLEDGED ABOUT THE ABOVE SAID CONDITIONS**

16.     Massey has had the opportunity – due to an institutional visit – to speak with said defendants:  Gomez, Hardy and Tanner about said conditions; in full.  However, these defendants consciously ignore, and with deliverance, these inhumane conditions.  Moreover, numerous civil actions are filed regarding the same, and class actions, i.e., *Lester Dobbey v. Michael Studer*, et al., Case No. 13 C 1068.  Notwithstanding these notifications all Stateville officials and "IDOC" officials are aware of the judicial, etc. "decree" that said conditions will be corrected.

**ANSWER: Defendant lacks knowledge sufficient to admit or deny whether Massey "has had the opportunity … to speak" with any of the Defendants on any specific occasion. All remaining allegations are denied.**

**THE CONTINUING NATURE OF SAID CONDITIONS**

17.     Said conditions are still problematic for Massey and continuing; these conditions are widespread throughout Stateville, they exist in all cell-houses, it is obvious and well-known to administration.

**ANSWER: Denied.**

18.     End.

**ANSWER: Defendant admits that paragraph 18 is the "end" of the Plaintiff's Amended Complaint.**

**RELIEF**

Massey respectfully moves this Honorable Court to award him compensatory, nominal and punitive damages in an amount to be determined at trial.  The cost of the filing of this petition, and any other amount this Court deems just and fair.

**ANSWER: Defendant denies that Massey is entitled to any award or judgment in his favor concerning any of the allegations stated in the Amended Complaint, including compensatory, nominal, punitive damages, or costs.**

**AFFIRMATIVE DEFENSES**

**Qualified Immunity**. Defendant did not violate a clearly established right that they knew or should have known about at the time. As a result, qualified immunity bars some or all of the claims against him.

**Failure to Properly Exhaust Administrative Remedies under Prison Litigation Reform Act.** To the extent that Plaintiff has failed to exhaust his administrative remedies prior to filing this lawsuit, his claims are barred by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

## DEMAND FOR JURY TRIAL

Defendant request a jury trial as to all triable issues.

Dated: December 15, 2021

Respectfully submitted,

DAVID GOMEZ

KWAME RAOUL
Attorney General of Illinois        By:      */s/Daniel N. Robbin*
                                             DANIEL N. ROBBIN
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 W. Randolph St., 13th Fl.
                                             Chicago, Illinois 60601
                                             (312) 814-7199
                                             Daniel.Robbin@ilag.gov